UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE



ERIC A. CHAMBERS,
    Plaintiff,

V.

JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4,
JOHN DOE #5, JOHN DOE #6,
JOHN DOE #7, DONALD J. BOWMAN JR.,
CITY OF WILMINGTON DELAWARE,
DELAWARE S.P.C.A., SGT. ELLIOTT,
    Defendants.

JURY TRIAL DEMANDED

CASE NO: # CA 04-0415-SLR

## MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff Eric A. Chambers, pursuant to §1915, request this Court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The plaintiff, as an inmate, has extremly limited access to the law library and no access any State of Delaware statutes.

4. The plaintiff has a limited knowledge of the law.

Date: FEBRUARY 22, 2005

Eric A. Chambers
# 04536-015
P.O. Box 2000
White Deer, PA. 17887

_Eric A. Chambers_
                  Plaintiff.

To: The Honorable Sue L. Robinson

# PROOF OF SERVICE

I, **Eric A. Chambers, Pro Se**, certify that on **March 3, 2005** I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

1. Peter T. Dalleo
   CLERK
   U.S. District Court
   Lockbox 18
   844 N. King Street
   Wilmington, DE. 19801

2. Rosamaria Tassone, Esq.
   City of Wilmington Law Dep.
   800 French Street
   Wilmington, DE. 19801

3. Donald L. Gouge Jr., Esq.
   800 King Street, Suite 303
   P.O. Box 1674
   Wilmington, DE. 19899

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the **Clerk of Courts( Mr. Dalleo), Mrs. Tassone & Mr. Gouge.** I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. § 1746.

Respectfully submitted this **3rd.** day of **March**, 200**5**.

Name: **Eric A. Chambers**
Number: **04536-015**
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

TO: The Honorable Sue L. Robinson
RE: Motion and Affidavit in Support of Motion for the Appointment of Counsel.

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v. Lack. 487 U.S. 266 (1988).