UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
MAR - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ERIC A. CHAMBERS,
    Plaintiff,

V.

JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4,
JOHN DOE #5, JOHN DOE #6,
JOHN DOE #7, DONALD J. BOWMAN JR.,
CITY OF WILMINGTON DELAWARE,
DELAWARE S.P.C.A., SGT. ELLIOTT,
    Defendants.

JURY TRIAL DEMANDED

CASE NO: # CA 04-0415-SLR

State of Delaware

County of New Castle

### AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

Eric A. Chambers, being duly sworn, deposes and says:

    1. I am the plaintiff in the above entittled case. I make this affidavit in support of my motion for the appointment of counsel.

    2. The complaint in this case alleges that the plaintiff was subjected to the misuse of force by several police officers, some of whom actively shot, chased and killed his family pet, inside his home, while his family and children were present. He was also kicked and assaulted after he immediately surrendered to these police officers and others - of whom watched and failed to intervene. It alleges that supervisory officials were aware of the violent propensities of some of the officers and are liable for failing to take action to control and/or correct them. It also alleges that there were instructions to have his pet's remains destroyed (cremated) in the effort to prohibit him from contradicting the information and facts of the incident.

    3. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

4. The plaintiff has demanded a jury trial.

5. The case will require discovery of documents and dispositions of a number of witnesses.

6. The testimony will be in sharp conflict, since the plaintiff alleges that some of the defendants assaulted him, and, his pet never showed any aggression to justify her death, while some of the defendants in their police reports ( and press release ) asserted otherwise.

7. The plaintiff has no legal education.

8. The plaintiff is serving a sentence outside of the occurring state, in a federal institution. For this reason, he has very limited access to knowledgeable legal materials and has no ability to investigate the facts of the case. All FOIA request have been ignored... failing to disclose the identities of the active participants. He is unable to locate and/or interview those who were eyewitnesses to this incident.

9. These facts, along with the lagal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

**WHEREFORE**, the plaintiff's motion for the appointment of counsel should be granted.

*Eric A. Chambers*

Eric A. Chambers

To: The Honorable Sue L. Robinson