ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Eric A. Chambers,
    Plaintiff.

v.

Case No. 04-415-SLR

John Does 1-7,
Donald J. Bowman, JR.,
City of Wilmington Delaware,
Delaware S.P.C.A., and
SGT. Elliott,
    Defendants.



FILED
MAR 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION REQUESTING PERMISSION TO PERFORM
INTERROGATORIES TO THE DEFENDANTS' AND/OR
ALLOW PLAINTIFF TO AMEND THE COMPLAINT AFTER
INTERROGATORIES ARE COMPLETE**

Date: March 11, 2005

Eric A. Chambers
# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

NOW COMES the Plaintiff, herein, requests this Honorable Court to allow him to submit Interrogatories on the Defendants' S.P.C.A. and allow him to Amend the Complaint, once the interrogatories are complete.

The plaintiff asserts; there are alot of inconsistencies and contradictions in the defendants' reply, as well as, new evidence and facts being discovered.

As a result of these new " discoveries ", the plaintiff needs additional time to gain the resources to explore these new findings and to uncover additional facts that will help provide undeniable proof... to support his cause and civil action.

The plaintiff prays and requests this Honorable Court to honor and grant his requests.

Date: March 11, 2005

Eric A. Chambers
# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Eric A. Chambers,
    Plaintiff.

v.   C.A. No. 04-415-SLR

John Does 1-7,
Donald J. Bowman, Jr.
City of Wilmington Delaware,
Delaware S.P.C.A., and
Sgt. Elliott,
    Defendants.

ORDER

At Wilmington this _____ day of _____ 2005, the Court, having considered Plaintiff Eric A. Chambers' request to perform Interrogatories to the Defendants'; S.P.C.A., and to Amend the original complaint, after interrogatories are complete, is hereby **GRANTED**.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

## DECLARATION

I, Eric A. Chambers hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 11th day of Mar., 2005.

*[signature]*

Fed. Reg. No.
FCI Allenwood (Medium)
P.O. Box 2000
White Deer, PA. 17887-2000

## CERTIFICATE OF SERVICE

I, Eric A. Chambers hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 11th day of March, 2005, to:

1. Peter T. Dalleo
   CLERK
   Lockbox 18
   844 King street
   U.S. District Court
   Wilmington, DE. 19801

2. Rosamaria Tassone, Esq.
   City of Wilmington Law Department
   800 French Street, 9th floor
   Wilmington, DE. 19801

3. Donald L. Gouge, Jr., Esq.
   800 King Street, Suite 303
   P.O. Box 1674
   Wilmington, DE. 19801

*[signature]*

Fed. Reg. No.
FCI Allenwood (Medium)
P.O. Box 2000
White Deer, PA. 17887-2000

RE: PLAINTIFF'S MOTION TO DISMISS
AND DENY DEFENDANT (S.P.C.A.)'S MOTION FOR SUMMARY JUDGEMENT
AND MOTION REQUESTING PERMISSION TO PERFORM INTERROGATORIES