IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
|     Defendants. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2005, I electronically filed DEFENDANT DELAWARE SPCA'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6), OR IN THE ALTERNATIVE, ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and these documents are available for viewing and downloading from CM/ECF:

    Rosamaria Tassone, Esquire
    City of Wilmington Law Department
    Louis L. Redding City/ County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801

    I hereby certify that on March 24, 2005, I have mailed by United States Postal Service, Postage Prepaid the document(s) to the following non-registered participants:

        Eric A. Chambers
        #04536-015
        FCI Allenwood
        P.O. Box 2000
        White Deer, PA 17887

                HEIMAN, GOUGE & KAUFMAN, LLP

                */s/ Donald L. Gouge, Jr.*
                Donald L. Gouge, Jr. (DSB # 2234)
                800 King Street, Suite 303
                P.O. Box 1674
                Wilmington, DE 19801
                (302) 658-1800
                (302) 658-1473 (fax)
                dgouge@hgkde.com