

U.S. Department of Justice

Federal Bureau of Prisons

Consolidated Legal Center - Allenwood

<hr />

P.O. Box 1500

White Deer, PA 17887

April 15, 2005

Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street LockBox 18
Wilmington, DE 19801

    Re:  CHAMBERS, Eric - Reg. No. 04536-015
         04-415-SLR

Dear Clerk:

Our office has been informed that the above-named inmate has completed payment of his $150.00 filing fee.

Should your records reflect a discrepancy, please do not hesitate to contact me at (570) 547-1990 x4119.

                                Sincerely,

                                Michelle Mertz
                                Legal Assistant



FILED APR 26 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE