IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,              )<br>                               )<br>     Plaintiff,               )<br>                               )<br>   v.                          )   Civ. No. 04-415-SLR<br>                               )<br>JOHN DOE #1, JOHN DOE #2,      )<br>JOHN DOE #3, JOHN DOE #4,      )<br>JOHN DOE #5, JOHN DOE #6,      )<br>JOHN DOE #7, DONALD J. BOWMAN, )<br>JR., CITY OF WILMINGTON        )<br>DELAWARE, DELAWARE S.P.C.A.,   )<br>SGT. ELLIOTT,                  )<br>                               )<br>     Defendants.              )   | |

O R D E R

At Wilmington this 20th day of May, 2005, having reviewed the various pending motions in the above-captioned case;

IT IS ORDERED that:

1. Plaintiff's motion for discovery (D.I. 21) is denied as moot, as defendants have provided all of the appropriate discovery materials in connection with their motions for summary judgment. (SEE D.I. 20, 31)

2. Plaintiff's motions to permit him to file interrogatories (D.I. 28, 38) are granted. On or before **June 10, 2005**, plaintiff may pose no more than ten (10) interrogatories (including subparts) to the City defendants. The City defendants shall respond on or before **July 11, 2005**. NOTE: If plaintiff

fails to timely file the requested interrogatories, the record shall be deemed closed.

    3. On or before **July 25, 2005**, plaintiff may file a supplemental response to the City defendants' motion for summary judgment.

    4. On or before **August 8, 2005**, the City defendants may file a supplemental reply brief.

    5. Plaintiff's motions for leave to file an amended complaint to incorporate the above discovery (D.I. 28, 38) are denied as premature. Further, an amended complaint need not be filed to incorporate new facts; instead, plaintiff may file a supplemental response, as indicated above.

                                                 /s/ _____
                                           United States District Judge