IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC A. CHAMBERS,
    PLAINTIFF.

v.

JOHN DOES 1-7,
DONALD BOWMAN JR.,
CITY OF WILMINGTON DELAWARE,
DELAWARE S.P.C.A., AND
SGT. ELLIOTT,
    DEFENDANTS.

CASE NO. 04-415 SLR

(JUDGE SUE L. ROBINSON)


FILED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFF'S MOTION TO EXTEND THE TIME PERIOD FOR FILING OF INTEROGATORIES ON DEFENDANTS

PLAINTIFF, ERIC CHAMBERS, HEREBY REQUESTS THIS HONORABLE COURT TO EXTEND THE TIME PERIOD IN WHICH TO FILE INTEROGATORIES ON DEFENDANTS. IN SUPPORT OF HIS MOTION, PLAINTIFF OFFERS THE FOLLOWING:

1) THE DEADLINE TO FILE INTEROGATORIES IN THE ABOVE CAPTIONED MATTER IS JUNE 10, 2005.

2) Plaintiff is presently incarcerated, wherein, certain occurrences affects his ability to respond within 10 days.

3) In the instant case, this institution is on a lock-down status (as of 6-7-05), due to rioting between Mexican gangs and District of Columbia gangs. Which prevents plaintiff from utilizing the law library and finalizing his interogatories to meet the Court Ordered deadline.

4) Plaintiff respectfully requests an extention until June 30, 2005 to file interogatories in the above captioned matter.

5) The plaintiff prays the Court takes into consideration that he is incarcerated and is always subjected to events/prison conduct outside of his control.

WHEREFORE, the plaintiff respectfully request and prays this Honorable Court grants him this relief and extends the time period in which to file Interogatories regarding the above captioned matter.

DATE: June 7, 2005

_Eric A. Chambers_
ERIC A. CHAMBERS.

## DECLARATION

I, Eric Chambers, hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 7th day of June 2005.

*Eric A. Chambers*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

## CERTIFICATE OF SERVICE

I, Eric Chambers, hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 7th day of June, 2005, to:

1.) Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE. 19801-3570

2.) Rosamaria Tassone
Assistant City Solicitor
Louis J. Redding City/County Bldg.
800 N. French St., 9th Flr.
Wilmington, DE. 19801

3.) Donald L. Gouge Jr.
800 King St., Suite 303
P.O. Box 1674
Wilmington, DE. 19801

*Eric A. Chambers*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

RE: Plaintiff's Motion to Extend the Time Period for Filing Interrogatories.





Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE. 19801-3570

19801-3570

Eric Chambers
# 04536-015
P.O. Box 2000
White Deer, PA. 17887

LEGAL MAIL