IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ERIC A. CHAMBERS,              )
                               )
        Plaintiff,             )
                               )
    v.                         )  Civ. No. 04-415-SLR
                               )
JOHN DOE #1, JOHN DOE #2,      )
JOHN DOE #3, JOHN DOE #4,      )
JOHN DOE #5, JOHN DOE #6,      )
JOHN DOE #7, DONALD J. BOWMAN, )
JR., CITY OF WILMINGTON        )
DELAWARE, DELAWARE S.P.C.A.,   )
SGT. ELLIOTT,                  )
                               )
        Defendants.            )
```

O R D E R

At Wilmington this 16th day of June, 2005, having reviewed plaintiff's motion to extend time filed on June 13, 2005;

IT IS ORDERED that plaintiff's motion (D.I. 42) is granted and the previously set deadlines in the court's order of May 20, 2005 are amended as follows:

1. On or before **June 30, 2005**, plaintiff may pose no more than ten (10) interrogatories (including subparts) to the City defendants. The City defendants shall respond on or before **August 1, 2005**. NOTE: If plaintiff fails to timely file the requested interrogatories, the record shall be deemed closed.

2. On or before **August 15, 2005**, plaintiff may file a supplemental response to the City defendants' motion for summary

judgment.

      3.   On or before **August 29, 2005**, the City defendants may file a supplemental reply brief.

                                              _____
                                              United States District Judge