

**City of Wilmington**
**Delaware**

JS M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUIL
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
(302) 576-2175

June 23, 2005

Eric A. Chambers
#04536-015
P.O. Box 2000
White Deer, PA 17887

    RE:    *Eric A. Chambers v. John Does 1-7, Donald J. Bowman, Jr.,*
            *City of Wilmington Delaware, Delaware S.P.C.A. and Sgt. Elliott*
            **C.A. No. 04-415 SLR**

Dear Mr. Chambers:

    I received your "Interrogatories for Defendants" today. In reviewing the document, I noted that you have submitted 124 interrogatories. Included in your pleading are interrogatories directed to the SPCA, John Saville (an SPCA employee), Aaron Goldstein (a former Assistant City Solicitor who is not a named defendant), and twelve (12) Wilmington Police Department officers who are also not named defendants, but at this point, only witnesses to the alleged events contained in your complaint.

    Please be advised that according to the Court's Orders dated May 20, 2005 and June 16, 2005, you are only permitted a total of **ten** (10) interrogatories including sub-parts, directed solely to the City Defendants. Therefore, consistent with the Court's order, kindly submit to me a total of **ten** (10) interrogatories directed to the City Defendants. Once I am in receipt of your interrogatories, I will promptly provide you with the Defendants' responses so that you may file a supplemental response to the City's Motion for Summary Judgment, if any, by August 15, 2005.

    Should you have any questions, please feel free to contact me.

Sincerely,

Rosamaria Tassone
Assistant City Solicitor

cc:    Clerk of Court
        Donald L. Gouge, Jr., Esquire