UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ERIC A. CHAMBERS,
     Plaintiff

    v.

MIKE RODRIGUEZ, RANDY PFAFF,
SCOTT JONES, THOMAS SPELL,
JOHN DOE #5, JOHN SAVILLE,
JOHN DOE #7, MATHEW SEVERANCE,
DAVID SIMMONS, COFFIEY,
SILVA, VITALE, SCOTT CHAFFIN,
ROBERT E. DONAVAN, CRESTO.
GOLDSTEIN, DONALD J. BOWMAN JR.,
CITY OF WILMINGTON DELAWARE,
DELAWARE S.P.C.A., SGT. ELLIOTT,
     Defendants.

Case No.  04-415-SLR

Judge:  Sue L. Robinson

**REQUEST TO AMEND COMPLAINT**

JURY TRIAL DEMANDED



FILED

JUL 1 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION REQUESTING PERMISSION TO AMEND COMPLAINT

    Plaintiff Eric A. Chambers, pursuant to Rules 15(a), 15(c) and 19(a),
Fed.R.Civ.P., requests this Honorable Court permission to file an Amended
Complaint identifying the John Doe defendants and adding additional parties
who's identities have just been established after the filing of the complaint
and receiving Discovery.

      1. The plaintiff in his original complaint, named seven (7)
John Doe defendants and could not identify any other participants/defendants
due to his failures in obtaining responses to his FOIA requests.

      2. Since the filing of the complaint, after receiving Discovery
material, the plaintiff has determined that the names of the John Doe
defendants are as follows:

John Doe #1 is Mike Rodriguez.

John Doe #2 is Randy Pfaff.

John Doe #3 is Scott Jones.

John Doe # 4 is Thomas Spell.

John Doe #5 is still unknown.

John Doe #6 is S.P.C.A. employee John Saville.

John Doe #7 is still unknown.

The plaintiff would like to add the following; as additional Defendants: (Who are/were employed with the Wilmington Police Department). These additional individuals/defendants are DIRECT PARTICIPANTS in the Conspiracy aspects, Police Misconduct, Evidence Tampering, Deliberate Indefference, Personal Involvement of Deprivation and the Cover-up, of the illegal shooting of his dog. As well as, ALL OF THEM have precise and direct knowledge about the events that transpired during and after the shooting, which is relevant to his cause.

1. Mathew Severance
2. David Simmons
3. Coffiey
4. Silva
5. Vitale
6. Scott Chaffin
7. Robert E. Donavan
8. Cresto
9. Goldstein

3. The plaintiff requests this Honorable Court to allow the plaintiff to Amend the current Complaint, to identify and add the defendants named herein. The plaintiff prays this Court grants him his request.

4. This Court should grant Leave freely, to Amend a complaint. Forman v. Davis, 371 U.S. 178, 182,93 S.Ct. 227 (1962); Interroyal Corp. v. Sponseller, 889 F.2d 108, 112 (6th Cir.), cert denied, 494 U.S. 1091 (1990).

Date: ___7/7/05___

Respectfully Submitted,

Plaintiff.

## DECLARATION

I, Eric A. Chambers, hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 7th day of July 2005.

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

## CERTIFICATE OF SERVICE

I, Eric A. Chambers, hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 7th day of JUly , 2005, to:

1.) Peter T. Dalleo
    Clerk of Court
    U.S. District Court
    844 N. King St., Lockbox 18
    Wilmington, DE. 19801-3570

2.) Rosamaria Tassone
    Asst. City Solicitor
    Louis J. Redding City/County Bldg.
    800 N. French St. 9th Flr.
    Wilmington, DE. 19801

3.) Donald L. Gouge Jr.
    800 King St., Suite 303
    P.O. Box 1674
    Wilmington, DE. 19801

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

RE: Motion requesting permission to Amend Complaint.





Eric A. Chambers
# 04536-015
P.O. Box 2000
White Deer, PA. 17887

Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE. 19801-3570

19801-3570

LEGAL MAIL