IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


ERIC A. CHAMBERS,               )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civ. No. 04-415-SLR
                                )
JOHN DOES 1-7, DONALD J.        )
BOWMAN, JR., CITY OF            )
WILMINGTON, DELAWARE SPCA,      )
and SGT. NFN ELLIOT,            )
                                )
        Defendants.             )


O R D E R


At Wilmington this 14th day of July, 2005, having reviewed

the record at bar, including the pending motions for summary

judgment filed by various of the defendants, and having

determined that defendants did not respond to plaintiff's

discovery requests prior to filing their motions;

IT IS ORDERED that, **on or before August 15, 2005,** defendants

shall respond to plaintiff's motion for discovery.  (D.I. 21)

Plaintiff's motion requesting permission to file a second amended

complaint and interrogatories (D.I. 28) is denied without

prejudice to renew.


                        _____
                        United States District Judge