# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esq., hereby certify that on this 15th day of August, 2005, I electronically filed the Defendants' Response to Plaintiff's Motion for Discovery Pursuant to Civil Rule 16 with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. These documents are available for viewing and downloading from CM/ECF. I also mailed a hard copy by United States Postal Service to the following:

Eric A. Chambers  
#04536-015  
FCI Allenwood  
P.O. Box 2000  
White Deer, PA 17887

Donald L. Gouge, Jr., Esquire  
Heiman Gouge & Kaufman, LLP  
800 King Street, Suite 303  
Wilmington, DE 19801

/s/ Rosamaria Tassone, ( I.D. #3546)  
Assistant City Solicitor  
City of Wilmington Law Department  
Louis L. Redding City/County Building  
800 French Street, 9th Floor  
Wilmington, Delaware 19801

> Defendants, City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary