**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| 5. | )   C.A. No.   04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED that on this _____ day of _____, 2005

Plaintiff's Motion for Discovery Pursuant to Civil Rule 16 is hereby DENIED as moot; and

For purposes of Defendants City of Wilmington, Donald Bowman, Jr., Steven Elliott and

John Does 1-5's Motion for Summary Judgment, the evidentiary record is deemed closed.

_____
J.