IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 04-415(SLR) |
| | ) |
| JOHN DOES 1-7,<br>DONALD J. BOWMAN, JR.,<br>CITY OF WILMINGTON DELAWARE,<br>DELAWARE S.P.C.A., and<br>SGT. ELLIOTT,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT DELAWARE SPCA'S MEMORANDUM IN OPPOSITION
TO THE PLAINTIFF'S MOTION FOR DISCOVERY (D.I. 21)**

COME NOW, Defendant Delaware SPCA ("SPCA"), by and through the undersigned counsel, and hereby moves this Honorable Court to enter an Order denying the plaintiff's motion for discovery. The SPCA adopts the statement of facts set forth by the City defendants in its brief in support of its Motion for Summary Judgment (D.I. 19) and the SPCA's Memorandum of Points and Authorities in support of its Motion to Dismiss or in the alternative Summary Judgment (D.I. 31), as well as their response to this motion (D.I. 48).

In an order dated May 20, 2005 (D.I. 41), this Court denied the plaintiff's motion for Discovery (D.I. 21) as moot. The SPCA respectfully submits that the Order was correct. Any such information sought by plaintiff in his motion for discovery (D.I. 21) was attached to the SPCA's Motion to Dismiss or in the alternative Summary Judgment.

WHEREFORE, The SPCA seeks an order denying the plaintiff's motion for discovery.

>  */s/ Donald L. Gouge, Jr. #2234*
>  DONALD L. GOUGE, JR. (#2234)
>  800 N. King Street, Suite 303
>  Wilmington, DE  19801
>  (302) 658-1800
>  Attorney for Delaware SPCA

Dated:   August 15, 2005