IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
|     Defendants. | ) | |

## **ORDER**

At Wilmington this _____ day of _____ 2005, the Court, having considered

Defendant Delaware SPCA's motion to deny plaintiff's motion for discovery, the same is

_____.

IT IS SO ORDERED.

_____
United States District Judge