IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-415(SLR) |
| ) | |
| JOHN DOES 1-7, ) | |
| DONALD J. BOWMAN, JR., ) | |
| CITY OF WILMINGTON DELAWARE, ) | |
| DELAWARE S.P.C.A., and ) | |
| SGT. ELLIOTT, ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the date listed below that the attached response to the plaintiff's motion for discovery was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below.  The documents are available for viewing and downloading from CM/ECF.  I also served a hard copy as indicated below:

    Rosamaria Tassone, Esquire    (by hand and ECF)
    City of Wilmington Law Department
    800 N. French Street, 9th Floor
    Wilmington, DE  19801

    Eric A. Chambers    (by regular U.S. Mail only)
    #04536-015
    FCI Allenwood
    P.O. Box 2000
    White Deer, PA  17887

                                              HEIMAN, GOUGE & KAUFMAN, LLP

                                              */s/ Donald L. Gouge, Jr. #2234*
                                              Donald L. Gouge, Jr. (DSB # 2234)
                                              800 King Street, Suite 303
                                              P.O. Box 1674
                                              Wilmington, DE 19801
                                              (302) 658-1800
                                              (302) 658-1473 (fax)
                                              dgouge@hgkde.com

Date:   August 15, 2005