IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ERIC A. CHAMBERS,           :

    Plaintiff,           :

                                     :

v.                          :

                                     :   Civ. No. 04-415-SLR

                                   :

JOHN DOES 1-7, DONALD J.
BOWMAN JR., CITY OF WILMINGTON
DELAWARE, DELAWARE S.P.C.A.,     :
and SGT. ELLIOTT,

    DEFENDANTS.             :



FILED
AUG 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR JUDGEMENT BY DEFAULT
PURSUANT TO CIVIL RULE 55(a) and/or MOTION TO COMPEL PURSUANT
TO CIVIL RULE 37(a)

Date: 8/22/05

Eric A. Chambers, Pro Se
# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

Now Comes the Plaintiff, Eric A. Chambers, herein requests this Honorable Court to grant him a **JUDGEMENT BY DEFAULT** pursuant to Civil Rule 55(a), against all of the defendants for their failure and refusal to respond to the Discovery requests (Interrogatories) and supply/answer them within the time frame; "on or before August 15, 2005", pronounced by this Court, in an ORDER dated: July 14, 2005.

Pursuant to Rule 55(a) of the Rules Of Civil Procedures; "when a party against whom a judgement or affirmative relief is sought, has failed to plead or otherwise defend, as provided by these Rules and that fact is made to appear by affidavit or otherwise, (emphasis added) the clerk shall enter the party's default."

Like earlier stated; Defendants John Does 1-7, Donald J. Bowman Jr., the City of Wilmington Delaware, Delaware S.P.C.A., and SGT. Elliott has intentially and completely refused and failed to answer the Discovery requests (Interrogatories) pursuant to the Court Order, therefore this Court should find the Defendants in **DEFAULT** and enter a judgement in favor of the Plaintiff.

In the alternative, the Plaintiff requests this Honorable Court to compel and re-order the Defendants to answer the Discovery requests (Interrogatories), pursuant to Civil Rule 37(a), since he has made at least one attempt to notify the defendants' lawyers in the efforts to seek disclosure. At this point of the juncture, the Plaintiff has no other alternative, but to seek assistance from the Court...either by DEFAULT JUDGEMENT or compelling the Defendants to comply.

The Plaintiff respectfully prays this Honorable Court grants him the relief he requests.

Date: 8/22/05

Respectfully Submitted,

Eric A. Chambers
# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC A. CHAMBERS,
    Plaintiff,

v.

                              C.A. No. 04-415-SLR

JOHN DOES 1-7,
DONALD J. BOWMAN JR.,
CITY OF WILMINGTON DELAWARE,
DELAWARE S.P.C.A., and SGT. ELLIOTT,
    Defendants.

## ORDER

At Wilmington this _____ day of _____ 2005, the Court, having considered Plaintiff's motion for judgement by default pusuant to Civil Rule 55(a) and/or motion to compel pursuant to Civil Rule 37(a), is GRANTED.

    IT IS SO ORDERED.

                                                  _____
                                                  United States District Judge





## DECLARATION

I, Eric A. Chambers, hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 22nd day of August 2005.

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

## CERTIFICATE OF SERVICE

I, Eric A. Chambers, hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 22nd day of August , 2005, to:

A. Office of the CLERK
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, De. 19801-3570

B. Rosamaria Tassone, Esq.
Assist. City Solicitor
Louis J. Redding City/County Build.
Wilmington, DE. 19801

C. Donald L. Gouge Jr., Esq.
800 King St., Suite 303
P.O. Box 1674
Wilmington, DE. 19801

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

Office of the CLERK
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE. 19801-3570

Eric A. Chambers
# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

U.S.M.J. X-RAY

LEGAL MAIL