**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ERIC A. CHAMBERS,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      C.A. No.   04-415 SLR
                                     )
JOHN DOES 1-7,                       )
DONALD J. BOWMAN, JR.,               )
CITY OF WILMINGTON DELAWARE,         )
DELAWARE S.P.C.A., and               )
SGT. ELLIOTT,                        )
            Defendants.              )

## <u>ORDER</u>

IT IS HEREBY ORDERED that on this _____ day of _____, 2005

Plaintiff's Motion for Default Judgment and/or Motion to Compel is hereby DENIED; and

For purposes of Defendants City of Wilmington, Donald Bowman, Jr., Steven Elliott and

John Does 1-5's Motion for Summary Judgment, the evidentiary record is deemed closed.


_____
                    J.