**City of Wilmington Delaware**

ES M. BAKER
MAYOR



LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

Law Department
(302) 576-2175

June 23, 2005

Eric A. Chambers
#04536-015
P.O. Box 2000
White Deer, PA 17887

RE: *Eric A. Chambers v. John Does 1-7, Donald J. Bowman, Jr.,
City of Wilmington Delaware, Delaware S.P.C.A. and Sgt. Elliott*
C.A. No. 04-415 SLR

Dear Mr. Chambers:

I received your "Interrogatories for Defendants" today. In reviewing the document, I noted that you have submitted 124 interrogatories. Included in your pleading are interrogatories directed to the SPCA, John Saville (an SPCA employee), Aaron Goldstein (a former Assistant City Solicitor who is not a named defendant), and twelve (12) Wilmington Police Department officers who are also not named defendants, but at this point, only witnesses to the alleged events contained in your complaint.

Please be advised that according to the Court's Orders dated May 20, 2005 and June 16, 2005, you are only permitted a total of **ten** (10) interrogatories including sub-parts, directed solely to the City Defendants. Therefore, consistent with the Court's order, kindly submit to me a total of **ten** (10) interrogatories directed to the City Defendants. Once I am in receipt of your interrogatories, I will promptly provide you with the Defendants' responses so that you may file a supplemental response to the City's Motion for Summary Judgment, if any, by August 15, 2005.

Should you have any questions, please feel free to contact me.

Sincerely,

Rosamaria Tassone
Assistant City Solicitor

cc: Clerk of Court
Donald L. Gouge, Jr., Esquire

Other Documents
1:04-cv-00415-SLR Chambers v. Doe 1, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Tassone, Rosamaria entered on 6/27/2005 at 3:22 PM EDT and filed on 6/27/2005
Case Name:     Chambers v. Doe 1, et al
Case Number:   1:04-cv-415
Filer:
Document Number: 45

Docket Text:
Letter to Eric A. Chambers from Rosamaria Tassone regarding Interrogatories for Defendants. (Tassone, Rosamaria)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1079733196 [Date=6/27/2005] [FileNumber=62011-0]
[32dd77dda1138c4225ac766d429997b88698dcef2b0a6a91419b519b0c361b5fb5744
7e798db48161c48d0863ae348fb57952a4a6d1816951ba9911b85fbac0b]]

1:04-cv-415 Notice will be electronically mailed to:

Donald L. Gouge, Jr   dgouge@hgkde.com,

Rosamaria Tassone   rtassone@ci.wilmington.de.us, dkellam@ci.wilmington.de.us

1:04-cv-415 Notice will be delivered by other means to:

Eric A. Chambers
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

https://ecf.ded.uscourts.gov/cgi-bin/Dispatch.pl?646681911581805               6/27/2005