IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
| Defendants. | ) | |

**DEFENDANT DELAWARE S.P.C.A.'S RESPONSE
TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AND/OR MOTION TO COMPEL**

Defendant Delaware SPCA, by and through counsel, hereby moves this Honorable Court to deny Plaintiff Eric A. Chambers' Motion for Default Judgment and/or Motion to Compel, and to consider the evidentiary record closed for purposes of deciding Defendants' Motion for Summary Judgment. In support of their position, the SPCA offers the following:

1. The SPCA adopts the response of the City defendants set forth in its response (D.I. 51).

WHEREFORE, the Delaware SPCA respectfully requests that this Honorable Court deny Plaintiff's Motion for Default Judgment and/or Motion to Compel for the reasons set forth in the City's response (D.I. 51) and consider the evidentiary record closed for purposes of deciding Defendants' Motion for Summary Judgment.

*/S/ Donald L. Gouge, Jr. (DE #2234)*
Donald L. Gouge, Jr. (#2234)
800 N. King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800x2
Attorney for the Delaware SPCA

DATED: September 13, 2005