IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
| Defendants. | ) | |

## ORDER

On this _____ day of _____ 2005, Plaintiff's Motion for Default Judgment and/or Motion to Compel is hereby DENIED; and

For purposes of the Delaware SPCA's Motion for Summary Judgment, the evidentiary record is deemed closed.

IT IS SO ORDERED.

_____
Sue L. Robinson, Chief Judge