IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,         ) | |
|          Plaintiff,       ) | |
|                           ) | |
| v.                        ) | C.A. No. 04-415(SLR) |
|                           ) | |
| JOHN DOES 1-7,            ) | |
| DONALD J. BOWMAN, JR.,    ) | |
| CITY OF WILMINGTON DELAWARE, ) | |
| DELAWARE S.P.C.A., and    ) | |
| SGT. ELLIOTT,             ) | |
|          Defendants.      ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that the attached response to the plaintiff's motion for default and/or motion to compel was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

Rosamaria Tassone, Esquire     (by hand and ECF)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE  19801

Eric A. Chambers       (by regular U.S. Mail only)
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA  17887

                      HEIMAN, GOUGE & KAUFMAN, LLP

                      */s/ Donald L. Gouge, Jr. #2234*
                      Donald L. Gouge, Jr. (DSB # 2234)
                      800 King Street, Suite 303
                      P.O. Box 1674
                      Wilmington, DE 19801
                      (302) 658-1800
                      (302) 658-1473 (fax)
                      dgouge@hgkde.com

Date:   September 13, 2005