IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-415-SLR |
| | ) |
| JOHN DOE #1, JOHN DOE #2, | ) |
| JOHN DOE #3, JOHN DOE #4, | ) |
| JOHN DOE #5, JOHN DOE #6, | ) |
| JOHN DOE #7, DONALD J. BOWMAN, | ) |
| JR., CITY OF WILMINGTON | ) |
| DELAWARE, DELAWARE S.P.C.A., | ) |
| SGT. ELLIOTT, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 15th day of September, 2005, having reviewed the record at bar, and having determined that neither plaintiff nor defendants have responded adequately to previous orders of this court;

IT IS ORDERED that:

1. Defendants' motions to dismiss and for summary judgment are denied without prejudice to renew. (D.I. 18, 29) Defendants shall file an answer to plaintiff's complaint on or before **October 17, 2005.**

2. On or before **October 17, 2005**, plaintiff shall submit a total of ten (10) interrogatories including sub-parts to City defendants. On or before **October 17, 2005**, plaintiff shall

submit a total of ten (10) interrogatories including sub-parts to S.P.C.A. defendants. Defendants shall respond to said interrogatories on or before **November 17, 2005**. All discovery shall be closed on **December 19, 2005. NOTE: If plaintiff fails to timely file the requested interrogatories, the record shall be deemed closed.**

    3.    Dispositive motions are due on or before **January 19, 2006**. Answering briefs and affidavits, if any, shall be filed on or before **February 21, 2006**. Reply briefs shall be filed on or before **March 7, 2006**.

    3.    Plaintiff's motion to amend or correct is denied without prejudice to renew after the close of discovery. (D.I. 46)

    4.    Plaintiff's motion to compel and for default judgment is denied. (D.I. 50)

    5.    Plaintiff's motion for the appointment of counsel is denied (D.I. 34), the court finding no evidence that appointment of counsel is warranted at this time. <u>Tabron v. Grace</u>, 6 F.3d 147, 155 (3d Cir. 1993); <u>Montgomery v. Pinchak</u>, 294 F.3d 492, 499 (3d Cir. 2002).

                                           /s/ Sue L. Robinson
                                           United States District Judge