IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC A. CHAMBERS,

Plaintiff,

v.

Case No. 04-415 SLR

JOHN DOES 1-7,
DONALD J. BOWMAN, JR.,
CITY OF WILMINGTON DELAWARE,
DELAWARE S.P.C.A., and
SGT. ELLIOTT,

Defendants.




**PLAINTIFF'S INTERROGATORIES FOR**
**DELAWARE S.P.C.A. DEFENDANTS AND EMPLOYEE(S)**

COMES NOW, PLAINTIFF, ERIC A. CHAMBERS, PURSUANT TO RULE 33 AND 34, FED.R.CIV.P., AND COURT ORDER, THE PLAINTIFF SUBMITS THE FOLLOWING INTERROGATORIES TO THE DEFENDANT(S). YOU ARE DIRECTED TO ANSWER EACH OF THE INTERROGATORIES IN WRITING UNDER OATH.

S.P.C.A.

1. Who/what is the name of the Supervisor that dispatched the employee to 2704 Creston Place, on June 24, 2002?

2. Can you please forward a copy of page #1, of the S.P.C.A. Policy Manuel?

3. Why did the S.P.C.A. "hold" the dog longer than prescribed by policy, if you maintain you followed policy? Policy states; to hold an animal for ten (10) days (AB-4). Yet, by your own admission, the dog was stored for about **SIX (6) WEEKS** ( approx. **forty-two (42) days...** per se Affidavit of John E. Caldwell, director of Delaware S.P.C.A., AB-2.

4. What was the **EXACT DATE** of the cremation of the plaintiff's pet?

5. Do you normally receive ANY descriptions or ANY information prior to arriving on a scene when dispatching an employee?

6. Do you maintain and retain records of the pre-texted information in accordance to your dispatches?

7. What is the name of the employee who actually performed the cremation of the Plaintiff's pet?

Date: ______________________ Signature: ____________________

Address: ______________________

COMES NOW, PLAINTIFF, ERIC A. CHAMBERS, PURSUANT TO RULE 33 AND 34, FED.R.CIV.P., AND COURT ORDER. THE PLAINTIFF SUBMITS THE FOLLOWING INTERROGATORIES TO THE DEFENDANT(S). YOU ARE DIRECTED TO ANSWER EACH OF THE INTERROGATORIES IN WRITING UNDER OATH.

John Saville

1. What is the name of the employee you delivered the plaintiff's pet to at the S.P.C.A. office/ who received the dog?

2. When you and Sgt. Donovan examined the dog, where did you notice the wounds - on the dogs body?

3. Did you make a note or report of your examinations regarding the results and facts of what you witnessed?

Date: ________________ Signature: ________________

Address: ________________

DECLARATION

I, Eric Chambers , hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 11th day of Oct. 2005.

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

CERTIFICATE OF SERVICE

I, Eric Chambers , hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 11th day of Oct. , 2005, to:

a. Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE. 19801-3570

b. Rosamaria Tassone
Assistant City Solicitor
Louis J. Redding City/County Bldg.
800 N. French St., 9th flr.
Wilmington, DE. 19801

c. Donald L. Gouge Jr.
800 King St., Suite 303
P,O. Box 1674
Wilmington, DE. 19801

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

RE: Plaintiff's Interrogatories for Delaware S.P.C.A. and Employee(s)


Eric Chambers
# 04536-015
FCi Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887
OCT 11
Office Of The CLERK
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE. 19801-3570
U.S.M.S.
X-RAY