IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

**THE CITY OF WILMINGTON, DONALD J. BOWMAN, JR. AND SGT. STEVEN ELLIOT'S ANSWER TO THE COMPLAINT**

**Preliminary Statement**

This paragraph of the Complaint states a legal conclusion to which no response is necessary. To the extent that a response is required, the allegations are denied.

**Jurisdiction**

1. This paragraph of the Complaint states a legal conclusion to which no response is necessary.

2. Defendants are without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint regarding Plaintiff's efforts to ascertain the identities of the John Doe Defendants. The remainder of this paragraph of the Complaint states a legal conclusion to which no response is necessary.

**Parties**

3. Admitted that Plaintiff resided at 2704 Creston Place. Defendant is without sufficient knowledge and/or information to admit or deny the remaining allegations set forth in this

paragraph of the Complaint.

4. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, the allegations set forth in this paragraph of the Complaint are denied.

5. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, the allegations set forth in this paragraph of the Complaint are denied.

6. This paragraph of the Complaint is not directed to Answering Defendants. To the extent that a response is required, the allegations set forth in this paragraph of the Complaint are denied.

7. Admitted that Defendant Donald J. Bowman, Jr. was a police officer with the Wilmington Police Department on June 24, 2003. Defendant Bowman is no longer employed by the Wilmington Police Department. The remainder of this paragraph of the Complaint states a legal conclusion to which no response is necessary. To the extent that a response is required, the allegations are denied.

8. This paragraph of the Complaint states a legal conclusion to which no response is necessary. To the extent that a response is required, the allegations are denied.

9. This paragraph of the Complaint is not directed to Answering Defendants.

10. Admitted that Defendant Sgt. Steven Elliot is a police officer with the

Wilmington Police Department. The remainder of this paragraph of the Complaint states a legal conclusion to which no response is necessary. To the extent that a response is required, the allegations are denied.

11.   This paragraph of the Complaint states a legal conclusion to which no response is necessary. To the extent that a response is required, the allegations are denied.

## Facts

12.   Admitted that on June 24, 2003, the Wilmington Police Department Crisis Management Tactical Team (CMTT) executed a search warrant at 2704 Creston Place in order to apprehend Plaintiff, a fugitive wanted by agents of the Bureau of Alcohol, Tobacco and Firearms (ATF).

13.   Denied.

14.   Denied.

15.   Denied as stated, except admitted that at some point during the execution of the search warrant, a shot was fired.

16.   Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

17.   Denied.

18.   Denied.

19.   This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, it is admitted that several members of the CMTT entered the residence during the execution of the search warrant.

20. Denied.

21. Admitted that at some point, Plaintiff was turned over to the ATF agent(s). The remainder of this paragraph is denied as stated.

22. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

23. Denied.

24. Admitted that Plaintiff was held at the Wilmington Police Department for a short period of time. The remainder of this paragraph is denied as stated.

25. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

26. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

27. Denied.

28. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

29. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

30. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

31. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

32. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

33. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

34. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

35. Admitted that the SPCA was called to 2704 Creston Place because a pit bull dog was shot by a member of the CMTT. Admitted that the SPCA removed the pit bull dog from the premises. Defendant is without sufficient knowledge and/or information to admit or deny the remaining allegations set forth in this paragraph of the Complaint.

36. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

37. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

38. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

39. Denied as stated.

40. Denied.

41. Admitted that a statement to the media was issued by Defendant Bowman. The

remainder of the allegations set forth in this paragraph of the Complaint are denied.

## Cause of Action

42.     This paragraph of the Complaint is not directed to Answering Defendants.  Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants.  Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time.  To the extent that a response is required, this paragraph of the Complaint is denied.

43.     This paragraph of the Complaint is not directed to Answering Defendants.  Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants.  Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time.  To the extent that a response is required, this paragraph of the Complaint is denied.

44.     This paragraph of the Complaint is not directed to Answering Defendants.  Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants.  Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time.  To the extent that a response is required, this paragraph of the Complaint is denied.

45.     This paragraph of the Complaint is not directed to Answering Defendants.  Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants.  Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time.  To the extent that a response is required, this paragraph of the Complaint is denied.

46.     This paragraph of the Complaint is not directed to Answering Defendants.  Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants.  Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time.  To the extent that a response is required, this paragraph of the Complaint is denied.

47.     Denied.

48. Denied.

49. Denied as stated.

50. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

51. Denied.

52. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

53. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

54. Denied.

55. Denied.

56. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

57. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

58. Denied.

59. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

60. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

61. Denied.

62. Denied.

63. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

64. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

65. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

66. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

67. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

68. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

69. Defendant is without sufficient knowledge and/or information to admit or deny the allegations set forth in this paragraph of the Complaint.

70. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied as stated.

71. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

72. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

73. This paragraph of the Complaint is not directed to Answering Defendants.

74. This paragraph of the Complaint is not directed to Answering Defendants.

75. Denied.

76. This paragraph of the Complaint is not directed to Answering Defendants.

77. This paragraph of the Complaint states a legal conclusion to which no response is necessary. To the extent that a response is required, the allegations are denied.

78. Denied.

79. Denied.

80. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

81. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

82. Denied.

83. Denied.

84. Denied.

85. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

**Claims for Relief**

86. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

87. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

88. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

89. This paragraph of the Complaint is not directed to Answering Defendants. Plaintiff has not amended the Complaint to specifically identify the John Doe Defendants. Said Defendants have not been properly served with the Complaint and are not required to respond to the Complaint at this time. To the extent that a response is required, this paragraph of the Complaint is denied.

90. Denied.

91. This paragraph of the Complaint is not directed to Answering Defendants.

92. Denied.

93. Denied.

94. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

95. Plaintiff fails to state a claim against Defendants upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

94. Plaintiff's Complaint against the John Doe Defendants must be dismissed for improper and/or lack of service of process.

### THIRD AFFIRMATIVE DEFENSE

95. The actions and conduct of the Defendants did not rise to the level of a Constitutional violation and, therefore, Plaintiff did not suffer any infringement of his constitutional rights.

### FOURTH AFFIRMATIVE DEFENSE

96. The actions and conduct of the Defendants were objectively reasonable under the circumstances which the Defendants were aware, therefore, their actions did not violate Plaintiff's Constitutional rights.

### FIFTH AFFIRMATIVE DEFENSE

97. The actions and conduct of the Defendants did not violate any clearly established Constitutional or Federal statutory rights of which the Defendants reasonably should have been aware, and they are, therefore, entitled to qualified immunity.

### SIXTH AFFIRMATIVE DEFENSE

98. The actions and conduct of the Defendants were undertaken in the good faith performance of their official duties, without wantonness or malice, and were, therefore, privileged

and immune. 10 <u>Del. C.</u> §4010 et seq.

### SEVENTH AFFIRMATIVE DEFENSE

99. Plaintiff's damages, if any, are limited to 10 <u>Del. C.</u> §4013 et seq.

### EIGHTH AFFIRMATIVE DEFENSE

98. To the extent that Plaintiff may have been injured, Defendants were not the proximate cause of any such injuries.

### NINTH AFFIRMATIVE DEFENSE

100. Plaintiff's injuries, if any, were proximately caused by his own wrongful, wanton, wilful, reckless, and/or negligent acts.

### TENTH AFFIRMATIVE DEFENSE

101. Punitive damages are not recoverable against Defendants for the claims alleged by Plaintiff.

### ELEVENTH AFFIRMATIVE DEFENSE

102. Plaintiff cannot show an official policy, practice, procedure or custom sufficient to support a finding of municipal liability.

WHEREFORE, Defendants demand that Plaintiff's Complaint be dismissed with prejudice, and all costs and attorney's fees be assessed against Plaintiff and awarded to Defendants.

    /s/ Rosamaria Tassone
Rosamaria Tassone (I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorney for Answering Defendants the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliott

DATED:    October 17, 2005