IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  04-415 SLR |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esq., hereby certify that on this 17th day of September, 2005, I electronically filed the Defendants the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliott's Answer to the Complaint with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. These documents are available for viewing and downloading from CM/ECF. I also mailed a hard copy by United States Postal Service to the following:

| | |
|---|---|
| Eric A. Chambers | Donald L. Gouge, Jr., Esquire |
| #04536-015 | Heiman Gouge & Kaufman, LLP |
| FCI Allenwood | 800 King Street, Suite 303 |
| P.O. Box 2000 | Wilmington, DE 19801 |
| White Deer, PA 17887 | |

/s/ Rosamaria Tassone,
Rosamaria Tassone, ( I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801