OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 17, 2005

TO: Eric A. Chambers
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

*RE: Return of Documents for Original Signature; 04-415(SLR)*

Dear Mr. Chambers:

Papers have been received by this office for filing in the above matter which do not have an original signature. In order for your documents to be acceptable for filing, they must have an original signature.

Enclosed please find DI 54 and 55 being returned for original signatures. Your corrected filings should be sent to the Clerks Office.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L Robinson