IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-415(SLR) |
| ) | |
| JOHN DOES 1-7, ) | |
| DONALD J. BOWMAN, JR., ) | |
| CITY OF WILMINGTON DELAWARE, ) | |
| DELAWARE S.P.C.A., and ) | |
| SGT. ELLIOTT, ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that the attached answer to the complaint was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

Rosamaria Tassone, Esquire    (by hand and ECF)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE  19801

Eric A. Chambers    (by regular U.S. Mail only)
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA  17887

                                    HEIMAN, GOUGE & KAUFMAN, LLP

                                    */s/ Donald L. Gouge, Jr. #2234*
                                    Donald L. Gouge, Jr. (DSB # 2234)
                                    800 King Street, Suite 303
                                    P.O. Box 1674
                                    Wilmington, DE 19801
                                    (302) 658-1800
                                    (302) 658-1473 (fax)
                                    dgouge@hgkde.com

Date:  October 17, 2005