OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 7, 2005

TO:   Eric A. Chambers
      SBI #04536-015
      FCI Allenwood (Med)
      PO Box 2000
      White Deer, PA 17887

*RE:   Return of Documents Dated November 1, 2005; CA 04-415 SLR*

Dear Mr. Chambers:

   Papers have been received by this office for filing in the
above matter.  The requesting motion, brief in support, and the
refiling of the requesting motion *are being returned to you* per
order dated September 15, 2005 (Docket Item 53).  Enclosed is the
mentioned order.

   Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/jp                           PETER T. DALLEO
                              CLERK

cc: The Honorable Sue L. Robinson; CA 04-415 SLR
enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


ERIC A. CHAMBERS,                         )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )   Civ. No. 04-415-SLR
                                          )
JOHN DOE #1, JOHN DOE #2,                 )
JOHN DOE #3, JOHN DOE #4,                 )
JOHN DOE #5, JOHN DOE #6,                 )
JOHN DOE #7, DONALD J. BOWMAN,)
JR., CITY OF WILMINGTON                    )
DELAWARE, DELAWARE S.P.C.A.,   )
SGT. ELLIOTT,                             )
                                          )
            Defendants.                   )

NOV - 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

### PLAINTIFF'S MOTION REQUESTING THE DENIAL OF DEFENDANTS' (JOHN DOES, et. al.) MOTION DEMANDING THE DISMISSAL OF PLAINTIFF'S COMPLAINT

Plaintiff, Eric A. Chambers, respectfully moves this Honorable Court, to allow him to refile his Motion To Amend his Complaint, specifically identifying the names of the John Doe Defendants. The plaintiff asserts that this Honorable Court, on September 15, 2005, denied his Motion To Amend without prejudice, to allow him to amend after discovery. However, the defendants have failed to answer or respond, to his discovery requests because the plaintiff was denied the chance to specifically name/identify the John Does', in his Original Complaint, by a Court Order.   And as a result of such, the defendants are using the plaintiff's failure to specifically name/identify the John Doe defendants, as the reason to NOT answer his dicovery requests.

Therefore, the plaintiff requests this Honorable Court to allow him to refile the Amended Complaint (specifically) naming/identifying each defendant in

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ERIC A. CHAMBERS,                  )
                                   )
            Plaintiff,             )
                                   )
      v.                           )    Civ. No. 04-415-SLR
                                   )
JOHN DOE #1, JOHN DOE #2,          )
JOHN DOE #3, JOHN DOE #4,          )
JOHN DOE #5, JOHN DOE #6,          )
JOHN DOE #7, DONALD J. BOWMAN,)
JR., CITY OF WILMINGTON            )
DELAWARE, DELAWARE S.P.C.A.,       )
SGT. ELLIOTT,                      )
                                   )
            Defendants.            )

NOV - 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO DENY DEFENDANTS'
(JOHN DOE et. al.) DEMANDING TO DISMISS PLAINTIFF'S COMPLAINT AND
PLAINTIFF'S REQUEST TO REFILE AMENDED COMPLAINT**

Herein, comes Plaintiff, Eric A. Chambers, requesting
this Honorable Court to compel the defendants (John Doe et. al.) to provide
an Answer to Discovery.

1. The defendants are refusing to respond to discovery by stating
"this paragraph of the complaint is not directed to Answering Defendants. Plaintiff
has not amended the Complaint to specifically identify the John Doe defendants.
Said defendants have not been properly served with the complaint and are not
required to respond to the Complaint at this time." The majority of the
defendants' answers to the complaint, are regarded in such a fashion.

2. However, the plaintiff has infact, filed the required Motion
To Amend the Complaint on July 7, 2005, identifying the John Doe Defendants.
As well as, adding  additional parties who's identities were established after

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ERIC A. CHAMBERS,
      Plaintiff

    v.

MIKE RODRIGUEZ, RANDY PFAFF,
SCOTT JONES, THOMAS SPELL,
JOHN DOE #5, JOHN SAVILLE,
JOHN DOE #7, MATHEW SEVERANCE,
DAVID SIMMONS, COFFIEY,
SILVA, VITALE, SCOTT CHAFFIN,
ROBERT E. DONAVAN, CRESTO.
GOLDSTEIN, DONALD J. BOWMAN JR.,
CITY OF WILMINGTON DELAWARE,
DELAWARE S.P.C.A., SGT. ELLIOTT,
      Defendants.

Case No.   04-415-SLR

Judge: Sue L. Roberson

REQUEST TO AMEND COMPLAINT

JURY TRIAL DEMANDED



NOV - 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD 'Scanned

PLAINTIFF'S REFILING OF
MOTION REQUESTING PERMISSION TO AMEND COMPLAINT

     Plaintiff Eric A. Chambers, pursuant to Rules 15(a), 15(c) and 19(a),
Fed.R.Civ.P., requests this Honorable Court permission to file an Amended
Complaint identifying the John Doe defendants and adding additional parties
who's identities have just been established after the filing of the complaint
and receiving Discovery.

     1. The plaintiff in his original complaint, named seven (7)
John Doe defendants and could not identify any other participants/defendants
due to his failures in obtaining responses to his FOIA requests.

     2. Since the filing of the complaint, after receiving Discovery
material, the plaintiff has determined that the names of the John Doe
defendants are as follows: