IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  04-415 SLR |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SERGEANT MICHAEL F. RODRIGUEZ

STATE OF DELAWARE  )
                   ) SS.
COUNTY OF NEW CASTLE )

I, MICHAEL F. RODRIGUEZ, being duly sworn according to law, depose and state that the information contained in the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliot's Answer to Plaintiff's Interrogatories to City Defendants are true and correct to the best of my information, knowledge and belief.

_Sgt. Michael F Rodriguez_
Michael F. Rodriguez

SWORN TO AND SUBSCRIBED before me this _16th_ day of _November_, 2005.

_Donna L. Kellam_
Notary Public

DONNA L. KELLAM
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 3, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

### AFFIDAVIT OF DETECTIVE DAVID M. SIMMONS

STATE OF DELAWARE   )
                    )  SS.
COUNTY OF NEW CASTLE )

I, DAVID M. SIMMONS, being duly sworn according to law, depose and s

information contained in the City of Wilmington, Donald J. Bowman, Jr. and Sgt. St

Answer to Plaintiff's Interrogatories to City Defendants are true and correct to the

information, knowledge and belief.

_____
David M. Simmons

SWORN TO AND SUBSCRIBED before me this 14th day of November ,

ROSAMARIA TASSONE, ATTORNEY-AT-LAW
Admitted by Supreme Court of Delaware t
practice law and authorized to perform notarial act
pursuant to 29 Del. C. Sec. 4323(a)(3)

Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

### AFFIDAVIT OF OFFICER MATTHEW J. SEVERANCE

STATE OF DELAWARE     )
                      ) SS.
COUNTY OF NEW CASTLE  )

I, MATTHEW J. SEVERANCE, being duly sworn according to law, depose and state the information contained in the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliott Answer to Plaintiff's Interrogatories to City Defendants are true and correct to the best of information, knowledge and belief.

_____
Matthew J. Severance

SWORN TO AND SUBSCRIBED before me this 14th day of November, 2005.

_____
Notary Public

ANNE S. HERRELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 15, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

### AFFIDAVIT OF SERGEANT STEVEN T. ELLIOTT

STATE OF DELAWARE   )
                    ) SS.
COUNTY OF NEW CASTLE )

I, STEVEN T. ELLIOTT, being duly sworn according to law, depose and state that the information contained in the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliot's Answer to Plaintiff's Interrogatories to City Defendants are true and correct to the best of my information, knowledge and belief.

_____
Steven T. Elliott

SWORN TO AND SUBSCRIBED before me this 16th day of November, 2005.

_____
Notary Public

DONNA L. KELLAM
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 3, 2006