IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
|       Plaintiff, | ) |
| v. | )    C.A. No.  04-415 SLR |
| JOHN DOES 1-7, DONALD J. BOWMAN, JR., CITY OF WILMINGTON DELAWARE, DELAWARE S.P.C.A., and SGT. ELLIOTT, | ) |
|       Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esq., hereby certify that on this 16th day of November, 2005, I electronically filed the Defendants the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliott's Answer to Plaintiff's Interrogatories with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. These documents are available for viewing and downloading from CM/ECF.

<u>Via U.S. Mail</u>
Eric A. Chambers
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

<u>Via ECF</u>
Donald L. Gouge, Jr., Esquire
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801

/s/ Rosamaria Tassone,
Rosamaria Tassone, ( I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801