**City of Wilmington**
**Delaware**

ES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUIL
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



November 16, 2005

Eric A. Chambers
#04536-015
P.O. Box 2000
White Deer, PA 17887

Re:   *Chambers v. City of Wilmington, et al.*
      Case no. 04-415 SLR

Dear Mr. Chambers:

Please find enclosed Defendants City of Wilmington, Donald Bowman and Steven Elliott's responses to your Interrogatories directed to the City Defendants. You will note that I have not included responses to your interrogatories specifically directed to Cpl. Bruce Coffiey and Det. Randy Pfaff. Unfortunately, despite my best efforts to reach them, these officers are currently unavailable to review their responses and sign their affidavits. Cpl. Coffeiy is unavailable due to his work schedule this week, and Det. Pfaff is out of the state on vacation. I anticipate meeting with both officers early next week so they may review and sign their affidavits. Once the affidavits are signed, I will promptly supplement the Defendants' responses and forward them to you no later than November 23, 2005.

Should you have any questions, please do not hesitate to contact me. Your consideration in this matter is greatly appreciated.

Sincerely,

Rosamaria Tassone