IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-415 SLR |
| ) | |
| JOHN DOES 1-7, ) | |
| DONALD J. BOWMAN, JR., ) | |
| CITY OF WILMINGTON DELAWARE, ) | |
| DELAWARE S.P.C.A., and ) | |
| SGT. ELLIOTT, ) | |
| Defendants. ) | |

### AFFIDAVIT OF CORPORAL BRUCE E. COFFIEY

STATE OF DELAWARE    )
                     ) SS.
COUNTY OF NEW CASTLE )

I, BRUCE E. COFFIEY, being duly sworn according to law, depose and state that the information contained in the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliot's Answer to Plaintiff's Interrogatories to City Defendants are true and correct to the best of my information, knowledge and belief.

_____
Bruce E. Coffiey

SWORN TO AND SUBSCRIBED before me this _22_ day of _November_, 2005.

_____
Notary Public

ROSAMARIA TASSONE, ATTORNEY-AT-LAW
Admitted by Supreme Court of Delaware to
practice law and authorized to perform notarial acts
pursuant to 29 Del. C. Sec. 4323(a)(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 04-415 SLR ) |
| JOHN DOES 1-7, DONALD J. BOWMAN, JR., CITY OF WILMINGTON DELAWARE, DELAWARE S.P.C.A., and SGT. ELLIOTT, | ) ) ) ) ) ) |
| Defendants. | ) |

**AFFIDAVIT OF CORPORAL RANDOLPH A. PFAFF**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS. |
| COUNTY OF NEW CASTLE | ) |

I, RANDOLPH A. PFAFF, being duly sworn according to law, depose and state that the information contained in the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliot's Answer to Plaintiff's Interrogatories to City Defendants are true and correct to the best of my information, knowledge and belief.

_____
Randolph A. Pfaff

SWORN TO AND SUBSCRIBED before me this 21st day of November, 2005.

_____
Notary Public

DONNA L. KELLAM
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 3, 2006