# City of Wilmington Delaware



MES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
(302) 576-2175

December 27, 2005

Eric A. Chambers
#04536-015
P.O. Box 2000
White Deer, PA 17887

RE:  *Eric A. Chambers v. John Does 1-7, Donald J. Bowman, Jr.,*
     *City of Wilmington Delaware, Delaware S.P.C.A. and Sgt. Elliott*
     **C.A. No. 04-415 SLR**

Dear Mr. Chambers:

I am in receipt of your Motion to Respond to Defendants' Answer to the Interrogatories. Please be advised that your Motion addresses Defendants' Motion for Summary Judgment which was denied without prejudice to renew in the Court's Order dated July 18, 2005. While Defendants do intent to resubmit their Motion for Summary Judgment at the appropriate time, there is currently no Motion pending which requires your response. As such, your Motion dated December 14, 2005 is inappropriate and Defendants will not be responding.

Sincerely,

Rosamaria Tassone
Assistant City Solicitor

cc:  Clerk of Court
     Donald L. Gouge, Jr. Esquire