IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC A. CHAMBERS,  )
    Plaintiff,  )
  )
v.  )  C.A. No. 04-415(SLR)
  )
JOHN DOES 1-7,  )
DONALD J. BOWMAN, JR.,  )
CITY OF WILMINGTON DELAWARE,  )
DELAWARE S.P.C.A., and  )
SGT. ELLIOTT,  )
    Defendants.  )

PLAINTIFF'S MOTION
REQUESTING PERMISSION TO AMEND
COMPLAINT



FILED
DEC 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Plaintiff, Eric A. Chambers, pursuant to Rules 15(a), 15(c) and 19(a), Fed. R. Civ. P., requests this Honorable Court's permission to file an Amended Complaint identifying the John Doe Defendants and adding additional parties/defendants who's identities have just been established, after the filing of the complaint and receiving discovery.

    1. The plaintiff, in his original complaint, named seven (7) John Doe defendants, and could not identify them or any other participants/defendants, due to his failures in obtaining responses to his freedom of information act requests.

2. Since the filing of the complaint, after receiving discovery material, the plaintiff has determined the names of the John Doe defendants, as well as, all the other participants involving his claim.

3. Enlight of such, the plaintiff requests this Honorable Court to allow the plaintiff to Amend the current complaint, identifying and adding the defendants who were/are direct and intentional participants to the plaintiff's assertions of; Conspiracy, Police Misconduct, Evidence tampering, Deliberate Indefference, Personal Involvement of Deprivation and the overall cover-up of the illegal shooting of his family's pet.

4. The plaintiff prays this Court grants his request.

Date: December 22, 2005.                    Respectfully Submitted,

                                            _____
                                                      Plaintiff.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,<br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-7,<br>DONALD J. BOWMAN, JR.,<br>CITY OF WILMINGTON DELAWARE,<br>DELAWARE S.P.C.A., and<br>SGT. ELLIOTT,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 04-415(SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this _____ day of _____ 2005, the Court, having considered plaintiff's motion requesting permission to amend complaint, the same is _____.

IT IS SO ORDERED.

                                              _____
                                              Sue L. Robinson, Chief Judge

DECLARATION

I, Eric Chambers, hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 22nd day of Dec. 2005.

*(signature)*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

CERTIFICATE OF SERVICE

I, Eric Chambers, hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 22nd day of Dec., 2005, to:

a. Office of the Clerk
   U.S. District Court
   844 N. King St., Lockbox 18
   Wilmington, DE 19801-3570

b. Rosamaria Tassone
   Assistant City Solicitor
   Louis J. Redding City/County Bldg.
   800 N. French St., 9th flr
   Wilmington, DE 19801

c. Donald L. Gouge Jr.
   800 King St., Suite 303
   P.O. Box 1674
   Wilmington, DE 19801

*(signature)*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

RE; Plaintiff's Motion requesting Permission to Amend Complaint.

Eric A. Chambers
#04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA 17887

HARRISBURG PA 171
23 DEC 2005 PM 1 L

Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King St.
Lockbox 18
Wilmington, DE 19801-3570

U.S.M.S.
X-RAY

LEGAL MAIL