IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | )   C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
|       Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esq., hereby certify that on this 19th day of January, 2006, I electronically filed the Defendants John does 1-5, the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliott's Notice of Filing with Clerk's Office using CM/ECF which will send notification of such filing(s) to the individual(s) noted below.  These documents are available for viewing and downloading from CM/ECF.

| Via U.S. Mail | Via ECF |
|---|---|
| Eric A. Chambers | Donald L. Gouge, Jr., Esquire |
| #04536-015 | Heiman Gouge & Kaufman, LLP |
| FCI Allenwood | 800 King Street, Suite 303 |
| P.O. Box 2000 | Wilmington, DE 19801 |
| White Deer, PA 17887 | |

/s/ Rosamaria Tassone,
Rosamaria Tassone, ( I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801