**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

## ORDER

Having reviewed Defendants John Does 1-5, Donald J. Bowman, Jr., City of Wilmington Delaware and Sgt. Elliott's Motion for Summary Judgment; and there being no material issue of genuine fact;

IT IS HEREBY ORDERED this ___ day of _____, 2005 that Defendants John Does 1-5, Donald J. Bowman, Jr., City of Wilmington Delaware and Sgt. Elliott's Motion for Summary Judgment is GRANTED and Plaintiff's Complaint is Dismissed with prejudice.

_____
J.