## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.  04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire hereby certify that on this 19th day of January, 2006, I electronically filed the Defendants John Does 1-5, the City of Wilmington, Donald J. Bowman, Jr. and Sgt. Steven Elliott's Motion for Summary Judgment with Clerk's Office using CM/ECF which will send notification of such filing(s) to the individual(s) noted below.  These documents are available for viewing and downloading from CM/ECF.

| | |
|---|---|
| Eric A. Chambers | S.P.C.A. |
| #04536-015 | Attn: John Caldwell |
| FCI Allenwood | Rt. 7, Stanton-Christiana Road |
| P.O. Box 2000 | P.O. Box 6067 |
| White Deer, PA 17887 | Stanton, DE 19804 |

    /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire, ( I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2176
Attorney for Defendants John Does 1-5, Bowman, Elliott and the City of Wilmington