IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
|     Defendants. | ) | |

**DEFENDANT DELAWARE SPCA' S MOTION TO
DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6),
OR IN THE ALTERNATIVE, ITS MOTION FOR SUMMARY JUDGMENT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56</u>**

COME NOW, Defendant Delaware SPCA ("SPCA"), by and through the undersigned counsel, for the reasons more fully stated in the accompanying Memorandum of Points and Authorities in support of the SPCA's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative, its Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56, SPCA respectfully move this Honorable Court to issue an Order dismissing Plaintiff's Complaint on the following grounds:

    1.    The SPCA was not present when the dog died.

    2.    The SPCA followed its policies and procedures.

    3.    The plaintiff has not alleged sufficient facts to establish any cause of action against the SPCA.  Therefore, the Plaintiff fails to state a claim.

WHEREFORE, Defendant SPCA respectfully request this Honorable Court dismiss Plaintiff's Complaint with prejudice.

/S/ DONALD L. GOUGE, JR.
DONALD L. GOUGE, JR. (#2234)
800 N. King Street, Suite 303
Wilmington, DE  19801
(302) 658-1800
Attorney for Delaware SPCA

Dated:  January 19, 2006