IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,        ) | |
|     Plaintiff,             ) | |
|                                  ) | |
| v.                                ) | C.A. No. 04-415(SLR) |
|                                  ) | |
| JOHN DOES 1-7,         ) | |
| DONALD J. BOWMAN, JR., ) | |
| CITY OF WILMINGTON DELAWARE, ) | |
| DELAWARE S.P.C.A., and ) | |
| SGT. ELLIOTT,          ) | |
|     Defendants.            ) | |

## **ORDER**

At Wilmington this _____ day of _____, 2006 the Court, having considered Defendant Delaware SPCA's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative, its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Defendant Delaware SPCA's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative, its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 is GRANTED and Plaintiff's Complaint is Dismissed with prejudice.

                                                            _____
                                                                       J.