IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,           ) | |
|     Plaintiff,           ) | |
|                ) | |
| v.           ) | C.A. No. 04-415(SLR) |
|                ) | |
| JOHN DOES 1-7,           ) | |
| DONALD J. BOWMAN, JR.,           ) | |
| CITY OF WILMINGTON DELAWARE,           ) | |
| DELAWARE S.P.C.A., and           ) | |
| SGT. ELLIOTT,           ) | |
|     Defendants.           ) | |

**DEFENDANT DELAWARE SPCA'S MOTION FOR LEAVE
TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU
OF AN OPENING BRIEF IN SUPPORT OF THEIR MOTION TO
DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6),
OR IN THE ALTERNATIVE, ITS MOTION FOR SUMMARY JUDGMENT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56</u>**

COME NOW, Defendant Delaware SPCA ("SPCA"), by and through the undersigned counsel, and hereby request leave to file the attached Memorandum of Points and Authorities in lieu of an Opening Brief in Support of its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative, its Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56.

1.  Dist. Ct. L.R. 7.1.2(b) provides that "[t]he Court may order or the parties may agree to serve and file statements of points and authorities in memorandum form in place of briefs."

2.  The arguments set forth in the SPCA's Memorandum of Points and Authorities do not require complex factual analysis. Therefore, for the sake of judicial economy, the SPCA requests this Honorable Court permit the filing of a Memorandum of Points and Authorities in lieu of an Opening Brief.

3.      The SPCA is unable to determine whether or not Plaintiff has any objection to their request as Plaintiff is pro se and currently incarcerated.

WHEREFORE, the SPCA respectfully request permission to file a Memorandum of Points and Authorities in lieu of an Opening Brief, pursuant to D.Del.L.R. 7.1.2(b).  An appropriate form of order is attached.

*/S/ DONALD L. GOUGE, JR.*
DONALD L. GOUGE, JR. (#2234)
800 N. King Street, Suite 303
Wilmington, DE  19801
(302) 658-1800
Attorney for Delaware SPCA

Dated:  January 19, 2006