IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
|     Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that the attached motion for leave to file a memorandum was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

Rosamaria Tassone, Esquire   (by hand and ECF)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE  19801

Eric A. Chambers     (by regular U.S. Mail only)
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA  17887

                                            HEIMAN, GOUGE & KAUFMAN, LLP

                                            */s/ Donald L. Gouge, Jr. #2234*
                                            Donald L. Gouge, Jr. (DSB # 2234)
                                            800 King Street, Suite 303
                                            P.O. Box 1674
                                            Wilmington, DE 19801
                                            (302) 658-1800
                                            (302) 658-1473 (fax)
                                            dgouge@hgkde.com

Date:   January 19, 2006