IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,                )<br>    Plaintiff,                        )<br>                                               )<br>  v.                                        )<br>                                               )<br>JOHN DOES 1-7,                      )<br>DONALD J. BOWMAN, JR.,   )<br>CITY OF WILMINGTON DELAWARE,  )<br>DELAWARE S.P.C.A., and        )<br>SGT. ELLIOTT,                        )<br>    Defendants.                  ) | C.A. No. 04-415(SLR) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that the attached memorandum of points and authorities was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

Rosamaria Tassone, Esquire   (by hand and ECF)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE  19801

Eric A. Chambers      (by regular U.S. Mail only)
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA  17887

                                          HEIMAN, GOUGE & KAUFMAN, LLP

                                          */s/ Donald L. Gouge, Jr. #2234*
                                          Donald L. Gouge, Jr. (DSB # 2234)
                                          800 King Street, Suite 303
                                          P.O. Box 1674
                                          Wilmington, DE 19801
                                          (302) 658-1800
                                          (302) 658-1473 (fax)
                                          dgouge@hgkde.com

Date:   January 19, 2006