ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-415 SLR |
| ) | |
| JOHN DOES 1-7, ) | |
| DONALD J. BOWMAN, JR., ) | |
| CITY OF WILMINGTON DELAWARE, ) | |
| DELAWARE S.P.C.A., and ) | |
| SGT. ELLIOTT, ) | |
| Defendants. ) | |

FILED

FEB 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HIS MOTION
FOR THE DENIAL OF SUMMARY JUDGEMENT FOR DELAWARE
S.P.C.A. DEFENDANTS

Eric A. Chambers
# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA 17887

Dated: February 22, 2006.

Case 1:04-cv-00415-SLR   Document 74   Filed 02/27/2006   Page 2 of 5

NOW COMES, the Plaintiff, herein responding to the Delaware S.P.C.A. Defendants' Motions For Summarry Judgement. Enlight of the reasons stated herein, the Plaintiff requests this Honorable Court to Deny the Delaware S.P.C.A. Defendants' Motions for Summary Judgement:

### THE PLAINTIFF ASSERTS THAT THE S.P.C.A. (OF DELAWARE) MOTION FOR SUMMARY JUDGEMENT SHOULD BE DENIED AND A TRIAL DATE BE SET, FOR THE REASONS HEREIN:

The Plaintiff asserts that the Delaware SPCA participated in the cover up of the shooting of the dog, by removing the dog from the residence and destroying the dog without notice and contact/consent from the Plaintiff (or Plaintiff's family). The SPCA conducted these acts with implied instructions from JOhn Does 1-7. The SPCA followed these implied instructions, with the intentions of aiding and assiting to cover up the unconstitutional shooting of the Plaintiff's pet. Resulting in their direct involement within the Plaintiff's conspiracy claims.

The SPCA was aware of the Plaintiff being the owner of the dog, whereas, the Plaintiff previously had his dog "cared" for by the SPCA. In addition, the SPCA was aware of the Plaintiff's common-law spouse being available, at the residence, when the dog was removed after She was shot. Yet, failed to get

(1)

consent from Ms. Tolbert, or even requesting/inquiring for the Plaintiff's whereabouts, in an effort to gain consent regarding the destruction of his pet.

This further evidences the SPCA's conduct of acting under complete implied direction- of the police officers/defendants John Does 1-7., to remove and destroy the pet without consent/ notice from/of Plaintiff. Therefore, since a reasonable jury would find that the SPCA acted under directions from the defendants: John Does 1-7, to further the conspiracy... summary judgement should be denied.

The Plaintiff additionally requests the denial of summary judgement, for the Delaware SPCA defendants, enlight of; A Fourth Amendment "seizure" of personal property occurs when there is some meaningful interference with an individual's possessory interests in that property.

The SPCA removed and destroyed/cremated the Plaintiff's personal property. Therein, the meaningful interference of plaintiff's possessory interests was a direct result. (Although the SPCA didn't actually kill plaintiff's dog, however, when the dog was destroyed/cremated by the SPCA, the Plaintiff's possessory interests in that property was destroyed, as well). Ultimately depriving the Plaintiff of his property and entitlement to due process. U.S. Constitution Amendment 14 §1. See Board of Regents v. Roth, 408 U.S. 564, 92 S.Ct. 2701, 33 L.Ed.2d 548 (1972), and destruction of such property constitutes a "deprivation" thereof, see Parratt v. Taylor, 451 U.S. 527, 101 S.Ct. 1908, 68 L.Ed.2d 420 (1981). For the reasons stated herein, summary judgement for the Delaware SPCA should be denied.

Eric A. Chambers

*Eric A. Chambers* (signature)

\# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
white Deer, PA 17887

DATED: 2/22/06

## DECLARATION

I, Eric Chambers, hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 22nd day of Feb. 2006.

*[signature]*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

## CERTIFICATE OF SERVICE

I, Eric Chambers, hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 22nd day of Feb., 2006, to:

a. Office of the Clerk
   U.S. District Court
   844 N. King St., Lockbox 18
   Wilmington, DE 19801-3570

b. Rosamaria Tassone
   Assistant City Solicitor
   Louis J. Redding City/County Bldg.
   800 N. French St., 9th flr.
   Wilmington, DE 19801

c. Donald L. Gouge Jr.
   800 King St., Suite 303
   P.O. Box 1674
   Wilmington, DE 19801

*[signature]*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

RE: Plaintiff's Reply Breif In Support Of his Motion For the Denial Of Summary Judegement for Delaware S.P.C.A.