IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.  04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

**DEFENDANTS JOHN DOES 1-5,  DONALD J. BOWMAN, JR.,
CITY OF WILMINGTON DELAWARE, AND SGT. ELLIOTT'S
 MOTION TO EXTEND THE TIME PERIOD FOR FILING A REPLY BRIEF**

Defendants City of Wilmington, Donald Bowman, Jr., Steven Elliott, and John Does 1-5 (hereinafter "City Defendants"), by and through undersigned counsel, hereby moves this Honorable Court to extend the time period in which to file a Reply Brief in the above captioned matter.  In support of their Motion, City Defendants offer the following:

1)     In accordance with the Court's Scheduling Order of September 28, 2005, City Defendants filed their Motion for Summary Judgment along with Opening Brief in Support of their Motion on January 19, 2006.

2)     The Court's Scheduling Order indicated that Plaintiff's Answering Brief was to be filed by February 21, 2006.

3)     Plaintiff's Answering Brief, which is dated February 22, 2006, was not received by the City Defendants until February 28, 2006.

4) The Court's Scheduling Order indicates that the Reply Brief is due March 7, 2006.

5) Given the fact that Plaintiff's Answering Brief was not received by City Defendants until February 28, 2006, the City Defendants are respectfully requesting an extension until March 15, 2006 to file their Reply Brief.

6) Given the fact that Plaintiff is incarcerated at a correctional facility in White Deer, Pennsylvania, Defendants are unable to contact Plaintiff in a timely manner to ascertain his position on Defendants' request for an extension.

WHEREFORE, Defendants respectfully request that this Honorable Court extend the time period in which to file a responsive pleading to Plaintiff's Complaint.

/s/ Rosamaria Tassone
Rosamaria Tassone (I.D. #3546)
Assistant City Solicitor
Louis J. Redding City/County Bldg.
800 N. French St., 9th Flr.
Wilmington, DE 19801
Attorney for Defendants City of Wilmington, Donald Bowman, Jr., Steven Elliott, and John Does 1-5

Dated: March 3, 2006