## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ERIC A. CHAMBERS,                              )
                                               )
            Plaintiff,     )
                                               )
        v.               )     C.A. No.  04-415 SLR
                                               )
JOHN DOES 1-7,                                 )
DONALD J. BOWMAN, JR.,                         )
CITY OF WILMINGTON DELAWARE,                   )
DELAWARE S.P.C.A., and                         )
SGT. ELLIOTT,                                  )
           Defendants.    )

## ORDER

IT IS HEREBY ORDERED that on this _____ day of _____, 2006, City

of Wilmington, Donald Bowman, Jr., John Does 1-5, and Steven Elliott's Motion to Extend the

Time Period for Filing a Reply Brief is hereby GRANTED.


_____
                  J.