## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.  04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire hereby certify that on this 3rd day of March, 2006, I filed Defendants City of Wilmington, Donald Bowman, Jr., Steven Elliott, and John Does 1-5's Motion to Extend the Time Period in Which to File a Reply Brief with the Clerk of Court using CM/ECF which will send notification of such filing(s) and that this document is available for viewing and downloading from CM/ECF, I also served via U. S. Mail, postage pre-paid to the following:

>
> Eric A. Chambers
> #04536-015
> FCI Allenwood (Med)
> P.O. Box 2000
> White Deer, PA 17887

>
>   /s/ Rosamaria Tassone
> Rosamaria Tassone (I.D. #3546)
> Assistant City Solicitor
> Louis J. Redding City/County Bldg.
> 800 N. French St., 9th Flr.
> Wilmington, DE 19801
> Attorney for Defendants City of Wilmington,
> Donald Bowman, Jr., Steven Elliott, and John Does

1-5