IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
|     Defendants. | ) | |

**DEFENDANT DELAWARE SPCA'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6), OR IN THE ALTERNATIVE, ITS MOTION FOR SUMMARY JUDGMENT <u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56</u>**

COMES NOW, Defendant Delaware SPCA ("SPCA"), by and through the undersigned counsel, and hereby moves this Honorable Court to enter an Order dismissing Plaintiff Eric A. Chambers' ("Chambers") Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief may be granted. In the alternative, SPCA requests that the Court grant summary judgment in favor of the SPCA and dismiss Plaintiff's Complaint.

The "reply" brief submitted by Chambers fails to address the issues raised by the SPCA in its opening brief. Chambers fails to cite the record or in any way support his unfounded allegations. Chambers has cited no law or case that supports his assertion that his dog is property within the meaning of the U.S. Constitution. As a practical matter, it is undisputed that the SPCA simply retrieved the dead dog. Certainly there is no property right in a dead animal.

The case against the SPCA must be dismissed with prejudice.

The SPCA also cites and incorporates the City defendants' reply brief in support of its motion.

WHEREFORE, since there is no cause of action in Delaware for spoliation of evidence, the Plaintiff's claim must be dismissed with prejudice, or in the alternative summary judgment granted for defendant Delaware SPCA.

*/s/ Donald L. Gouge, Jr. #2234*
DONALD L. GOUGE, JR. (#2234)
800 N. King Street, Suite 303
Wilmington, DE  19801
(302) 658-1800
Attorney for Delaware SPCA

Dated:  March 7, 2006