IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,            ) | |
|     Plaintiff,            ) | |
|                 ) | |
| v.            ) | C.A. No. 04-415(SLR) |
|                 ) | |
| JOHN DOES 1-7,            ) | |
| DONALD J. BOWMAN, JR.,            ) | |
| CITY OF WILMINGTON DELAWARE,            ) | |
| DELAWARE S.P.C.A., and            ) | |
| SGT. ELLIOTT,            ) | |
|     Defendants.            ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the date listed below that the attached reply memorandum of points and authorities was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

    Rosamaria Tassone, Esquire   (by hand and ECF)
    City of Wilmington Law Department
    800 N. French Street, 9th Floor
    Wilmington, DE  19801

    Eric A. Chambers     (by regular U.S. Mail only)
    #04536-015
    FCI Allenwood
    P.O. Box 2000
    White Deer, PA  17887

                        HEIMAN, GOUGE & KAUFMAN, LLP

                        */s/ Donald L. Gouge, Jr. #2234*
                        Donald L. Gouge, Jr. (DSB # 2234)
                        800 King Street, Suite 303
                        P.O. Box 1674
                        Wilmington, DE 19801
                        (302) 658-1800
                        (302) 658-1473 (fax)
                        dgouge@hgkde.com

Date:   March 7, 2006