IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-415(SLR) |
| ) | |
| JOHN DOES 1-7, ) | |
| DONALD J. BOWMAN, JR., ) | |
| CITY OF WILMINGTON DELAWARE, ) | |
| DELAWARE S.P.C.A., and ) | |
| SGT. ELLIOTT, ) | |
|     Defendants. ) | |

## ORDER

At Wilmington this _____ day of March 2006, the Court, having considered Defendant Delaware SPCA's request for Leave to file a Memorandum of Points and Authorities in lieu of a Reply Brief in Support of its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative, its Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure is _____.

    IT IS SO ORDERED.

_____
United States District Judge