IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-415 SLR |
| | ) |
| JOHN DOES 1-7, | ) |
| DONALD J. BOWMAN, JR., | ) |
| CITY OF WILMINGTON DELAWARE, | ) |
| DELAWARE S.P.C.A., and | ) |
| SGT. ELLIOTT, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire hereby certify that on this 14th day of March, 2006, I electronically filed Defendants John Does 1-7, Donald J. Bowman, Jr., City of Wilmington Delaware and Sgt. Elliott's Reply Brief In Support of Their Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and these documents are available for viewing and downloading from CM/ECF:

| (Via U.S. Mail) | (Via Electronic Filing) |
|---|---|
| Eric A. Chambers | Donald L. Gouge, Jr., Esquire |
| #04536-015 | Heiman, Gouge & Kaufman LLP |
| FCI Allenwood | 800 King Street |
| P.O. Box 2000 | Suite 303 |
| White Deer, PA 17887 | Wilmington, DE 19801 |

/s/ Rosamaria Tassone, Esquire, ( I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2176
Attorney for Defendants John Does 1-5, Bowman, Elliott
and the City of Wilmington