IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.  04-415 SLR ) |
| JOHN DOES 1-7, DONALD J. BOWMAN, JR., CITY OF WILMINGTON DELAWARE, DELAWARE S.P.C.A., and SGT. ELLIOTT, | ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire hereby certify that on this 12th day of April, 2006, I electronically filed Defendants John Does 1-5, Donald J. Bowman, Jr., City of Wilmington Delaware and Sgt. Elliott's Motion to Strike with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and these documents are available for viewing and downloading from CM/ECF:

<u>(Via U.S. Mail)</u>
Eric A. Chambers
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

<u>(Via Electronic Filing)</u>
Donald L. Gouge, Jr., Esquire
Heiman, Gouge & Kaufman LLP
800 King Street
Suite 303
Wilmington, DE 19801

<u>/s/ Rosamaria Tassone, Esquire, ( I.D. #3546)</u>
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2176
Attorney for Defendants John Does 1-5, Bowman, Elliott
and the City of Wilmington