IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-415(SLR) |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
| Defendants. | ) | |

## DEFENDANT DELAWARE SPCA' S MOTION TO STRIKE

COME NOW, Defendant Delaware SPCA ("SPCA"), by and through the undersigned

counsel, respectfully move this Honorable Court for an Order striking the pleading entitled

Plaintiff's Response to the Defendant(s) S.P.C.A. and employee(s)' Reply Brief in Support of his

Motion for the Denial of their Motion for Summary Judgment and Request for Trial Date,

received on April 8, 2006 (D.I. 81).  For the reasons set forth in the City of Wilmington's motion

to strike, (D.I. 82), the SPCA defendant(s) seek to strike plaintiff's response.

WHEREFORE, the SPCA defendant(s) respectfully request that D.I. 81 be stricken

pursuant to Fed. Rule of Civ.Proc. 12(f).  In the alternative, if the Court denies this motion to

strike, defendant(s) request that the defendants be permitted to submit a supplemental reply in

response to Plaintiff's most recent brief.

*/s/ Donald L. Gouge, Jr. #2234*
DONALD L. GOUGE, JR.
800 N. King Street, Suite 303
Wilmington, DE  19801
(302) 658-1800x2
Attorney for SPCA defendant(s)

DATED:  April 14, 2006