IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,                )<br>     Plaintiff,                    )<br>                                                )<br>   v.                                         )<br>                                                )<br>JOHN DOES 1-7,                         )<br>DONALD J. BOWMAN, JR.,      )<br>CITY OF WILMINGTON DELAWARE, )<br>DELAWARE S.P.C.A., and           )<br>SGT. ELLIOTT,                            )<br>     Defendants.                  ) | C.A. No. 04-415(SLR) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that the attached motion to strike was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

Rosamaria Tassone, Esquire   (by hand and ECF)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE  19801

Eric A. Chambers     (by regular U.S. Mail only)
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA  17887

                                           HEIMAN, GOUGE & KAUFMAN, LLP

                                           */s/ Donald L. Gouge, Jr. #2234*
                                           Donald L. Gouge, Jr. (DSB # 2234)
                                           800 King Street, Suite 303
                                           P.O. Box 1674
                                           Wilmington, DE 19801
                                           (302) 658-1800
                                           (302) 658-1473 (fax)
                                           dgouge@hgkde.com

Date:   April 14, 2006