**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ERIC A. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  04-415 SLR |
| | ) | |
| JOHN DOES 1-7, | ) | |
| DONALD J. BOWMAN, JR., | ) | |
| CITY OF WILMINGTON DELAWARE, | ) | |
| DELAWARE S.P.C.A., and | ) | |
| SGT. ELLIOTT, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire hereby certify that on this 4th day of May, 2006, I electronically

filed Defendants John Does 1-5, Donald J. Bowman, Jr., City of Wilmington Delaware and Sgt. Elliott's

Reply in Support of Their Motion to Strike with the Clerk of Court using CM/ECF which will send

notification of such filing(s) to the following and these documents are available for viewing and downloading

from CM/ECF:


(Via U.S. Mail)                          (Via Electronic Filing)
Eric A. Chambers                         Donald L. Gouge, Jr., Esquire
#04536-015                               Heiman, Gouge & Kaufman LLP
FCI Allenwood                            800 King Street
P.O. Box 2000                            Suite 303
White Deer, PA 17887                     Wilmington, DE 19801


/s/ Rosamaria Tassone, Esquire, ( I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2176
Attorney for Defendants John Does 1-5, Bowman, Elliott and
the City of Wilmington