IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC A. CHAMBERS,    Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-415(SLR) |
| JOHN DOES 1-7, DONALD J. BOWMAN, JR., CITY OF WILMINGTON DELAWARE, DELAWARE S.P.C.A., and SGT. ELLIOTT,    Defendants. | ) ) ) ) ) ) | |

## DEFENDANT DELAWARE SPCA'S REPLY IN SUPPORT OF THEIR MOTION TO STRIKE

COME NOW, Defendant Delaware SPCA ("SPCA"), by and through the undersigned counsel, respectfully move this Honorable Court for an Order striking the pleading entitled Plaintiff's Response to the Defendant(s) S.P.C.A. and employee(s)' Reply Brief in Support of his Motion for the Denial of their Motion for Summary Judgment and Request for Trial Date, received on April 8, 2006 (D.I. 80). For the reasons set forth in the City of Wilmington's reply in support of their motion to strike, (D.I. 85), the SPCA defendant(s) seek to strike plaintiff's response to their motion.

WHEREFORE, the SPCA defendant(s) respectfully request that D.I. 80 be stricken pursuant to Fed. Rule of Civ.Proc. 12(f).  In the alternative, if the Court denies this motion to strike, defendant(s) request that the defendants be permitted to submit a supplemental reply in response to Plaintiff's most recent brief.

/s/ Donald L. Gouge, Jr. #2234
DONALD L. GOUGE, JR.
800 N. King Street, Suite 303
Wilmington, DE  19801
(302) 658-1800x2
Attorney for SPCA defendant(s)

DATED:  April 14, 2006