IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,              )<br>    Plaintiff,              )<br>                                              )<br>  v.                                      )<br>                                              )<br>JOHN DOES 1-7,                       )<br>DONALD J. BOWMAN, JR.,      )<br>CITY OF WILMINGTON DELAWARE, )<br>DELAWARE S.P.C.A., and          )<br>SGT. ELLIOTT,                         )<br>    Defendants.              ) | C.A. No. 04-415(SLR) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that the attached reply motion to strike was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

Rosamaria Tassone, Esquire   (by hand and ECF)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE  19801

Eric A. Chambers     (by regular U.S. Mail only)
#04536-015
FCI Allenwood
P.O. Box 2000
White Deer, PA  17887

                                  HEIMAN, GOUGE & KAUFMAN, LLP

                                  */s/ Donald L. Gouge, Jr. #2234*
                                Donald L. Gouge, Jr. (DSB # 2234)
                                800 King Street, Suite 303
                                P.O. Box 1674
                                Wilmington, DE 19801
                                (302) 658-1800
                                (302) 658-1473 (fax)
                                dgouge@hgkde.com

Date:   May 4, 2006