IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-415-SLR |
| | ) |
| JOHN DOE #1, JOHN DOE #2, | ) |
| JOHN DOE #3, JOHN DOE #4, | ) |
| JOHN DOE #5, JOHN DOE #6, | ) |
| JOHN DOE #7, DONALD J. BOWMAN, | ) |
| JR., CITY OF WILMINGTON, | ) |
| DELAWARE, DELAWARE S.P.C.A., | ) |
| and SGT. ELLIOTT, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 26th day of September, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion regarding answers to interrogatories (D.I. 64) is denied as moot.

2. Plaintiff's motion to amend/correct complaint (D.I. 66) is granted to the extent that he may substitute the John Doe defendants with their correct names.

3. Defendants City of Wilmington, John Does 1 through 5, Donald J. Bowman, Jr., and Sgt. Elliott's motion for summary judgment (D.I. 68) is granted.

4. Defendant Delaware S.P.C.A.'s motion to dismiss or in the alternative motion for summary judgment (D.I. 70) is granted.

5. Defendants City of Wilmington, John Does 1 through 5,

-2-

Donald J. Bowman, Jr., and Sgt. Elliott's motion to strike (D.I. 82) is granted.

6.  Defendant Delaware S.P.C.A.'s motion to strike (D.I. 83) is granted.

7.  The clerk of the court is ordered to enter judgment in favor of defendants and against plaintiff.

                                                    *[signature]*
                                               United States District Judge