IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-415-SLR |
| JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, DONALD J. BOWMAN, JR., CITY OF WILMINGTON DELAWARE, DELAWARE S.P.C.A., and SGT. ELLIOTT, | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of September 26, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants John Does 1-5, Donald J. Bowman, Jr., City of Wilmington, Delaware, Delaware S.P.C.A., and Sgt. Elliott and against plaintiff Eric Chambers.

_____
United States District Judge

Dated: September 29, 2006

_____
(By) Deputy Clerk