IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) C.A. No. 04-415(SLR) |
| JOHN DOES 1-7,<br>DONALD J. BOWMAN, JR.,<br>CITY OF WILMINGTON DELAWARE,<br>DELAWARE S.P.C.A., and<br>SGT. ELLIOTT,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**
**F.R.A.P. RULE 4A**

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now, Eric A. Chambers, Pro Se, Plaintiff in the above proceeding pursuant to 42 U.S.C. § 1983.

The plaintiff moves and prays, and places the District Court on Notice, pursuant to Federal Rules Of Appellant Procedures Rule 4; Notice of Appeal. With regards to the above Civil Action.

Respectfully Submitted,

_Eric A. Chambers_
Eric A. Chambers, Pro Se.

Dated: October 18, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. CHAMBERS, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-415-SLR |
| JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, DONALD J. BOWMAN, JR., CITY OF WILMINGTON DELAWARE, DELAWARE S.P.C.A., and SGT. ELLIOTT, | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of September 26, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants John Does 1-5, Donald J. Bowman, Jr., City of Wilmington, Delaware, Delaware S.P.C.A., and Sgt. Elliott and against plaintiff Eric Chambers.

_____
United States District Judge

Dated: September 29, 2006

_____
(By) Deputy Clerk

## DECLARATION

I, Eric A. Chambers, hereby declare and affirm, under the penalty of perjury pursuant to 28 USC §1746(2), that the foregoing pleading is true and correct to the best of my knowledge and recollection, on this 18th day of Oct. 2006.

*[signature]*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887-2000

## CERTIFICATE OF SERVICE

I, Eric A. Chambers, hereby certify that the foregoing Pleading, along with the declaration, have been served by placement in this institutional legal mailbox, first-class postage prepaid, on this 18th day of Oct., 2006, to:

a. Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

b. Rosamaria Tassone
Asst. City Solicitor
Louis J. Redding City/County Bldg.
800 N. French St., 9th flr.
Wilmington, DE 19801

c. Donald L. Gouge Jr.
800 King St., Suite 303
P.O. Box 1674
Wilmington, DE 19801

*[signature]*

Fed. Reg. No. 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA. 17887

**RE:** Notice Of Appeal
(from Plaintiff)

Eric A. Chambers
# 04536-015
FCI Allenwood (Med)
P.O. Box 2000
White Deer, PA 17887

LEGAL MAIL

HARRISBURG PA 171
20 OCT 2006 PM 5 L

Office Of The CLERK
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570