**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-4557</u>

Chambers

vs.

Doe #1, et al.

Eric Chambers, Appellant

(Delaware District Civil No. 04-cv-00415)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron, Clerk

For the Court,

Clerk

Date: December 27, 2006

cc:
      Mr. Eric Chambers
      Rosamaria Tassone, Esq.
      Donald L. Gouge Jr., Esq.